

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES LAWSON : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF PENNSYLVANIA, et al. : NO. 09-2120

FILED
DEC 21 2010
MICHAEL E. KUNZ, Clerk
Dep. Clerk

## ORDER

AND NOW, this 20 day of Dec, 2010, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Pursuant to 28 U.S.C. §2244(a), the Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING** for abuse of the writ.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.